DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIE WINTERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3317

[February 22, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Barry Cohen, Senior Judge; L.T. Case No. 502022MM005361AMB.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE and KUNTZ, JJ., concur.
ARTAU, J. dissents.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***